**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Victoria Lynn Kinard             Case Number: 05-31098
                                         Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

    Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

    _____                           **Amount of Dividend**
    **Victoria Lynn Kinard**                         **$ 0.21**
    **2600 Vixen Lane**
    **Richmond, VA  23235**

**Dated: January 29, 2010**                  \S\ Robert E. Hyman
                                             _____
                                             **(Signature of Trustee)**

                                             **Robert E. Hyman
                                             Standing Chapter 13 Trustee
                                             P.O. Box 1780
                                             Richmond, VA. 23218-1780**